IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| E.H.L., | : |
|        Petitioner, | : |
| v. | : Case No. 4:26-cv-179-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : |
|        Respondents. | : |

## **ORDER**

On February 25, 2026, the Court ordered that Respondents provide Petitioner with a bond hearing within seven days to determine if Petitioner may be released on bond or file a motion seeking relief from the order. Order 2, ECF No. 4. The Court also ordered that once a bond hearing was held, Petitioner should file a notice of dismissal. *Id.* The time for compliance with the Court's order has passed, and the Court received neither a motion from Respondents seeking relief nor a notice of voluntary dismissal from Petitioner. Based on the absence of a motion seeking relief filed by Respondents, the Court presumes a bond hearing was held in compliance with the Court's order. Consequently, Petitioner is ordered to either file a notice of dismissal or respond and show cause within seven (7) days why this action should not be dismissed as moot and judgment entered.

**SO ORDERED**, this 5th day of March, 2026.

                                                  s/ *Amelia G. Helmick*
                                                UNITED STATES MAGISTRATE JUDGE