```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

E.H.L.,                             :
                                    :
        Petitioner,                 :
                                    :
v.                                  :   Case No. 4:26-cv-179-CDL-AGH
                                    :         28 U.S.C. § 2241
Warden, STEWART DETENTION           :
CENTER, *et al.*,                   :
                                    :
        Respondents.                :
_____

## ORDER

Petitioner having received a bond hearing as ordered by the Court and failing to show cause why Petitioner's application for habeas relief is not moot, this case is dismissed.

IT IS SO ORDERED, this 13th day of March, 2026.

                              s/Clay D. Land
                              ─────────────────────────────
                              CLAY D. LAND
                              U.S. DISTRICT COURT JUDGE
                              MIDDLE DISTRICT OF GEORGIA